In the Matter of the Probate of the Will of THOMAS HORTON, Deceased. ALEXANDER HORTON et al., Appellants; MECHANICS AND FARMERS BANK OF ALBANY et al., Respondents.

Argued March 12, 1948; decided April 22, 1948.

*Daniel H. Prior, John P. Weatherwax* and *James M. Strang* for appellants.

*Kenneth Creble* for Mechanics' and Farmers' Bank of Albany, respondent.

*James A. Leary, John F. Roche, Jr.,* and *Walter A. Fullerton* for Evans W. Amidon and another, respondents.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the estate; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.